**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                                    CASE NO. 8:12-CR-364-T-EAK-MAP

THEODORE WARNER

_____/

## ORDER

This cause comes before the Court on the defendant's motion to direct U.S. Marshal Service to schedule and transport Defendant to Park Tower Imaging (Doc. 47). The Court has reviewed the motion and response and finds it well-taken. The Court incorporates the motion by reference herein. Accordingly, it is.

**ORDERED** that defendant's motion to direct U.S. Marshal Service to schedule and transport Defendant to Park Tower Imaging (Doc. 47) be **granted** and the U.S. Marshal Service is directed to schedule an appointment and to transport the Defendant to Park Tower Imaging is located at 6800 N. Dale Mabry, #144, Tampa, Florida 33614, Telephone Number (813) 886-9999.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 15th day of January, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record
U.S. Marshal's Office-Tampa Division